IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CURTIS DAVIS                                                                                          PETITIONER

V.                          NO: 2:05CV00342 WRW-JFF

LINDA SANDERS, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                         RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ORDERED this 28th day of April, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE